

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2018

No. 04-18-00562-CV

**IN THE INTEREST OF T.B., G.H., AND E.W.,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00127
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice

On August 3, 2018, Associate Judge Charles Montemayor signed a "Memorandum of Associate Judge's Order," which made the required findings necessary to terminate the parental rights of Mother E.O. and Father A.H. On August 9, 2018, Mother E.O. filed a notice of appeal, stating her intent to appeal from the August 3, 2018 order. On August 17, 2018, the clerk's record was filed. Upon our review of the clerk's record, we issued an order explaining that although Mother E.O. had filed a notice of appeal, the clerk's record reflected Father A.H. had timely filed a request for a de novo hearing to the referring court in accordance with section 201.015(a) of the Family Code. *See* TEX. FAM. CODE ANN. § 201.015(a) (describing procedure for requesting de novo hearing). We explained that an associate judge's report may be considered a final, appealable termination order if it disposes of all the issues and parties in the case. *In re E.K.C.*, 486 S.W.3d 614, 617–18 (Tex. App.—San Antonio 2016, no pet.). However, an associate judge's report is not a final, appealable order, however, "when a request for a de novo hearing is timely filed." *In re C.R.–A.A.*, No. 04–16–00587–CV, 2016 WL 6238237, at *1 (Tex. App.—San Antonio 2016, no pet.) (mem. op.); *see also In re C.O.*, No. 04-17-00175-CV, 2018 WL 1733178, at *3 (Tex. App.—San Antonio Apr. 11, 2018, no pet.). We therefore ordered Mother E.O. to show cause why this appeal should not be dismissed for lack of jurisdiction.

Since the date of our order, we have received a written response from Mother E.O. and a supplemental clerk's record. Mother E.O.'s response states that the trial de novo hearing was set for August 22, 2018 but was "dropped." The supplemental clerk's record includes an "Order of Termination" signed by Associate Judge Montemayor on August 24, 2018 and approved as to form by the parties in this case. At the end of the order, Associate Judge Montemayor found that "all parties have waived any objections to the hearing by an Associate Judge and do hereby

waive their right to de novo review pursuant to section 201.015 of the Texas Family Code." *See* TEX. FAM. CODE ANN. § 201.015. The supplemental clerk's record further includes a notice of appeal filed by Father A.H., which states that he intends to appeal the order of termination signed by Associate Judge Montemayor. Thus, the record reflects that Father A.H. abandoned his request for a de novo hearing, and the order of termination signed by the associate judge is a final order. We therefore decline Mother E.O.'s request in her written response to abate this appeal.

Because both the clerk's and reporter's records have been filed, we ORDER Appellant Mother E.O. and Appellant Father A.H. to file their respective appellant briefs on or before **October 23, 2018.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court